## FIRST DEPARTMENT, JUNE TERM, 1892.

**Decisions handed down June 3, 1892.**

In the Matter of James T. Swift, Deceased.— Order affirmed. Opinion by Van Brunt. P. J.

Taendstiksfabrike Aktiebolaget Vulcan, Respondent, v. Elijah Myers and another, Appellants.— Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Henry Steubing, Respondent, v. New York Elevated Railroad Company and others, Appellants.— Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

In the Matter of Mary Morrell, Administratrix, etc.— Order affirmed, with costs. Opinion by Van Brunt, P. J.

Henry Rosellen, as Assignee, Respondent, v. Louis Herzog and another, Appellants.— Judgment and order reversed and a new trial ordered, with costs to the appellants to abide the event. Opinions by Van Brunt, P. J., O'Brien and Barrett, JJ.

John Hope, etc., Appellant, v. William A. Brewer, Jr., and others, Executors, etc., Respondents.— Judgment affirmed, with costs. Opinion by O'Brien, J.

First National Bank, Respondent, v. John Lindenmeyr, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by O'Brien, J.

John W. Cochrane and others, Executors, etc, Respondents, v. Sarah Ann French and others, Appellants.— Judgment modified as directed in opinion, and, as modified, affirmed; the costs of the appeal to all parties to be paid out of the fund. Opinion by O'Brien, J.

Marie T. Uppington, Respondent, v. Louis J. Pooler, Appellant.— Judgment affirmed, with costs. Opinion by O'Brien, J.

Sarah F. Elmer, Respondent, v. Mutual Benefit Life Association, Appellant.— Judgment affirmed, with costs. Opinion by O'Brien, J.

Roderick H. Smith, Respondent, v. Martin Anti-Fire Car Heater Company, Appellant.— Judgment affirmed, with costs. Opinion by O'Brien, J.

The People of the State of New York, Respondent, v. William N. Loew, Appellant.— Judgment reversed and new trial granted. Opinion by Barrett, J.

Philip A. Smyth and others, Respondents, v. Hugo S. Mack, Appellant.— Judgment and order reversed and new trial ordered, costs to the appellant to abide the event. Opinion by Barrett, J.

William McLean, Respondent, v. New York Press Company, Appellant.— Judgment and order affirmed, with costs. Opinion by Van Brunt, P. J.

James Ferris, Respondent, v. Elizabeth W. Aldrich, Appellant.— Judgment and order reversed and new trial granted, with costs to abide event. Opinions by Van Brunt, P. J., and Barrett, J.

August Stelling, Respondent, v. Louis R. Grobowsky, Appellant.— Exceptions overruled and judgment ordered in favor of the plaintiff upon the verdict, with costs. Opinion by Van Brunt, P. J.

The People of the State of New York, Respondent, v. Frank McCormack, Appellant, Impleaded, etc.— Judgment affirmed. Opinion by Van Brunt, P. J.

In the Matter of James Phalen, Deceased.— Decree affirmed, with costs. Opinion by Van Brunt, P. J.

Henry Heywood and others, Respondents, v. William N. Thacher, as Assignee, etc., Appellant, Impleaded, etc.— Order reversed and report modified as directed in opinion. The expenses of the accounting before the referee, and the costs of the motion to confirm the report, and the appellant's costs and disbursements of this appeal to be paid by the receiver out of the sum in his hands after the payment of the plaintiff's claims. Opinions by Barrett and O'Brien, JJ.; dissenting opinion by Van Brunt, P. J.

William E. Smith, Respondent, v. Stephen Underhill, Appellant.— Judgment affirmed, with costs. Opinion by O'Brien, J.

In the Matter of John Henry Fricke, Deceased.— Decree affirmed, with costs. Opinion by Van Brunt, P. J.

Edward S. Stokes, Respondent, v. John W. Mackey and others, Appellants.— Judgment and order affirmed, with costs. Opinions by Barrett, J., and Van Brunt, P. J.

Jennie E. Wood, Administratrix, etc., v. Robert M. Nesbitt.— Motion granted, without costs. (Mem.)

Eugene Kelly v. Jay Gould and others.— Exceptions sustained as to defendant Work and a new trial ordered, with costs to abide the event; as to the other defendants exceptions overruled and judgment directed dismissing the complaint, with costs. Opinions by Patterson and O'Brien, JJ.

Margaret S. Maitland, Respondent, v Thomas S. Godwin and others, Appellants. Judgment affirmed, with costs. Opinion by Barrett, J

In the Matter of Catherine R. Smyley and others.— Order reversed and motion denied, but without costs, because the point upon which the appeal is decided was not specifically raised, either before the referee or in the court below. Opinion by Van Brunt, P. J.